UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-286 |
| DUANE PHILLIPS | SECTION "R" (1) |

### ORDER AND REASONS

Before the Court is defendant Duane Phillips' motion to supplement record with medical documentation.[1] Phillips seeks to append the records to his "pending Motion for Compassionate Release." A review of the record in this case shows no pending motion for compassionate release. Phillips last moved for compassionate release on December 15, 2023;[2] this Court denied that motion on June 10, 2024.[3] As there is no pending motion for compassionate release to which to append these documents, the Court DENIES the motion.

New Orleans, Louisiana, this 16th day of October, 2025.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 696.
[2] R. Doc. 611.
[3] R. Doc. 664.

1