UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-286 |
| DUANE PHILLIPS | SECTION "R" (1) |

## ORDER AND REASONS

Before the Court is defendant Duane Phillips' third motion for compassionate release.[1] The Government opposes Phillips' motion.[2] For the following reasons, the Court denies the motion for compassionate release.

In evaluating defendant's compassionate release motion, the Court must first "consider[] the factors set forth in section 3553(a) to the extent that they are applicable." 18 U.S.C. § 3582(c)(1)(A). For the reasons stated in the Court's orders denying Phillips two prior motions for compassionate release,[3] the Court finds that the 3553(a) factors counsel against release.[4] Specifically, the Court finds that the "seriousness of the offense" militates against early release. *See* 18 U.S.C. § 3553(a)(2)(A). Defendant has a lengthy criminal history and committed the instant sex crimes, including a

---

[1]   R. Doc. 699.
[2]   R. Doc. 715.
[3]   R. Docs. 561, 664,
[4]   R. Doc. 664 at 8.

1

2

conspiracy to commit sex trafficking that lasted over a year,[5] while serving a term of probation.[6] Phillips was found to have forced women to commit sexual acts and would physically assault them if they did not follow his orders.[7] The Court finds that the 3553(a) factors counsel against compassionate release.

In his motion for compassionate release, Phillips requests compassionate release to serve as the caregiver for his father with terminal stage 4 cancer.[8] Phillips' father has passed away since the motion was filed.[9] Phillips has presented no other extraordinary and compelling reason to justify his release.

The Court DENIES Phillips' motion for compassionate release.

New Orleans, Louisiana, this 3rd day of March, 2026.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. 187.
[6] R. Doc. 298 at 32.
[7] R. Doc. 188.
[8] *Id.*
[9] R. Doc. 718.